| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cordon Selections, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**91-2180194** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**4136 1st Ave S**<br>**Seattle, WA 98134**<br>ZIP CODE **98134-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** **Chapter 11 Debtors**<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>-------------------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cordon Selections, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **Western District of Washington (involuntary)** | Case Number: **14-14641-TWD** | Date Filed: **6/16/14** |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **Cordon Selections Inc** | Case Number: **14-14641-TWD** | Date Filed: **6/16/14** |
| District: **Western District of Washington** | Relationship: **Debtor (involuntary chapter 7)** | Judge: **Timothy W. Dore** |

### Exhibit A
*(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)*

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
*(To be completed if debtor is an individual whose debts are primarily consumer debts.)*

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
*(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)*

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
*(Check any applicable box.)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cordon Selections, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X **/s/ John R. Rizzardi** Signature of Attorney for Debtor(s) **John R. Rizzardi WSBA No. 9388** Printed Name of Attorney for Debtor(s) **Cairncross & Hempelmann, P.S.** Firm Name **524 Second Avenue Suite 500 Seattle, WA 98104** Address **206-587-0700 Fax:206-587-2308** Telephone Number Date July 18, 2014 *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ Date |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ Kenneth C. Avedisian** Signature of Authorized Individual **Kenneth C. Avedisian** Printed Name of Authorized Individual **President** Title of Authorized Individual Date July 18, 2014 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re **Cordon Selections, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Long Shadows**<br>**Dane Narbaitz**<br>**PO Box 33670**<br>**Seattle, WA 98133** | **Long Shadows**<br>**Dane Narbaitz**<br>**PO Box 33670**<br>**Seattle, WA 98133** | **Trade debt** | | **327,867.08** |
| **Becky Wasserman Selection**<br>**Sarl le Serbet**<br>**5B Passage Ste Helene**<br>**21200 Beaune, France** | **Becky Wasserman Selection**<br>**Sarl le Serbet**<br>**5B Passage Ste Helene**<br>**21200 Beaune, France** | **Trade debt** | | **114,914.89** |
| **Louis Dressner Selections**<br>**21 East 4th Suite 608**<br>**New York, NY 10003** | **Louis Dressner Selections**<br>**21 East 4th Suite 608**<br>**New York, NY 10003** | **Trade debt** | | **93,695.47** |
| **Sleight of Hand Cellars**<br>**Trey Busch**<br>**701 B Street, Suite 1775**<br>**San Diego, CA 92101** | **Sleight of Hand Cellars**<br>**Trey Busch**<br>**701 B Street, Suite 1775**<br>**San Diego, CA 92101** | **Trade debt** | | **86,586.00** |
| **Treveri Cellars**<br>**Juergen Grieb**<br>**71 Gangl Rd**<br>**Wapato, WA 98951** | **Treveri Cellars**<br>**Juergen Grieb**<br>**71 Gangl Rd**<br>**Wapato, WA 98951** | **Trade debt** | | **42,469.83** |
| **Vino Del Sol Inc**<br>**Dept #0512**<br>**PO Box 1000**<br>**Memphis, TN 38148** | **Vino Del Sol Inc**<br>**Dept #0512**<br>**PO Box 1000**<br>**Memphis, TN 38148** | **Trade debt** | | **38,770.93** |
| **Ford Motor Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109** | **Ford Motor Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109** | **Trade debt** | | **29,367.66** |
| **James Norton**<br>**1713 SW Holly**<br>**Seattle, WA 98106** | **James Norton**<br>**1713 SW Holly**<br>**Seattle, WA 98106** | **Note payable** | | **26,000.00** |
| **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19866-5796** | **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19866-5796** | **Trade debt** | | **25,533.41** |
| **Tertulia Cellars**<br>**Ryan Raber**<br>**1564 Whiteley Road**<br>**Walla Walla, WA 99362** | **Tertulia Cellars**<br>**Ryan Raber**<br>**1564 Whiteley Road**<br>**Walla Walla, WA 99362** | **Trade debt** | | **23,336.23** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Cordon Selections, Inc.** Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rasa Vineyards<br>Pinto Navarane<br>169 Chapelwood Avenue<br>Walla Walla, WA 99362 | Rasa Vineyards<br>Pinto Navarane<br>169 Chapelwood Avenue<br>Walla Walla, WA 99362 | Trade debt | | 18,559.62 |
| Stoller Vineyards<br>PO Box 189<br>Dayton, OR 97114 | Stoller Vineyards<br>PO Box 189<br>Dayton, OR 97114 | Trade debt | | 17,186.00 |
| Hightower Cellars<br>19418 E 583 PR NE<br>Benton City, WA 99320 | Hightower Cellars<br>19418 E 583 PR NE<br>Benton City, WA 99320 | Trade debt | | 16,852.80 |
| Kysela Pere et Fils Ltd<br>Fran Kysela<br>331 Victory Rd<br>Winchester, VA 22602 | Kysela Pere et Fils Ltd<br>Fran Kysela<br>331 Victory Rd<br>Winchester, VA 22602 | Trade debt | | 16,707.53 |
| QBE<br>PO Box 3109<br>Milwaukee, WI 53201 | QBE<br>PO Box 3109<br>Milwaukee, WI 53201 | Trade debt | | 16,468.54 |
| Mackey Vineyards<br>Roger Mackey<br>4122 Powerline Rd<br>Walla Walla, WA 99362 | Mackey Vineyards<br>Roger Mackey<br>4122 Powerline Rd<br>Walla Walla, WA 99362 | Trade debt | | 16,205.49 |
| Employees | Employees | Accrued estimated payroll | | 15,000.00 |
| Paul M Young Fine Wines<br>Paul Young<br>460 S Spring St, Suite 316<br>Los Angeles, CA 90013 | Paul M Young Fine Wines<br>Paul Young<br>460 S Spring St, Suite 316<br>Los Angeles, CA 90013 | Trade debt | | 13,900.00 |
| Lodmell Cellars<br>Kristie Kirlin<br>3241 Huntyer Blvd South<br>Seattle, WA 98144 | Lodmell Cellars<br>Kristie Kirlin<br>3241 Huntyer Blvd South<br>Seattle, WA 98144 | Trade debt | | 13,162.21 |
| USA Wine West, LLC<br>YOAV GILAT<br>3030 Bridgeway, Suite 127<br>Sausalito, CA 94965 | USA Wine West, LLC<br>YOAV GILAT<br>3030 Bridgeway, Suite 127<br>Sausalito, CA 94965 | Trade debt | | 12,751.26 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Cordon Selections, Inc.**                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 18, 2014**                              Signature  **/s/ Kenneth C. Avedisian**
                                                                **Kenneth C. Avedisian**
                                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

144TH ST INVESTORS
4636 VAN NUYS BLVD
SHERMAN OAKS, CA 91403


ACE USA
DEPT CH 14089
PALATINE, IL 60055


ADVANTAGE TRANSPORTATION, INC.
4524 WEST 1980 SOUTH
SALT LAKE CITY, UT 84104


ALPHAGRAPHICS
3131 ELLIOTT AVE
SEATTLE, WA 98121


AMALIE ROBERT ESTATE
DENA DREWS
PO BOX 395
DALLAS, OR 97338


ANGELS SHARE WINES
MARK SNYDER
113 DICTUM COURT
BROOKLYN, NY 11229


ARROW COMPANIES LLC
SUE
PO BOX 410
ELKHORN, WI 53121


ASV WINES
VALERILE TREFIELO
1998 ROAD 152
DELANO, CA 93215


ATLAS DRINKS LLC
THOMAS VOGEL
21318 NE 101ST CT
REDMOND, WA 98053


BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19866-5796

BECKY WASSERMAN SELECTION
SARL LE SERBET
5B PASSAGE STE HELENE
21200 BEAUNE, FRANCE


BLACKBIRD VINEYARDS
AP - DOTTIE
5 FINANCIAL PLAZA, SUITE 105
NAPA, CA 94558


CANEROS WINE COMPANY
P.O. BOX 8090
NAPA, CA 94559


CHARLIE'S PRODUCE
PO BOX 24606
SEATTLE, WA 98124


CHATEAU ROLLAT WINERY
BOWIN LINDGREN
6716 HARDSCRABBLE CT
WILMINGTON, NC 28409


CHEVRON
PO BOX 70995
CHARLOTTE, NC 28272


CINTAS CORPORATION 460
PO BOX 650838
DALLAS, TX 75265


CITY OF SEATTLE
PO BOX 34017
SEATTLE, WA 98124


CLOS DE TRIAS
545, RTE DE LA ROQUE ALRIC
84330 LE BARROUX
FRANCE


COLBALT TRANSPORT SERVICES
740 AIRPORT RD.
NAPA, CA 94558

COMMERCIAL REPAYMENT CENTER
PO BOX 93945
CLEVELAND, OH 44101


CORVUS CELLARS
RANDALL HOPKINS
596 PIPER AVE
WALLA WALLA, WA 99362


COTE BONNEVILLE
KATHY SHIELS
2841 FORYCE ROAD
SUNNYSIDE, WA 98944


CRYSTAL OF AMERICA INC
JOEL SIMON
PO BOX 27523
NEW YORK, NY 10087


CWRR
P.O. BOX 1843
RENTON, WA 98057


DOMAINE DE CRISTIA
48 FAUBOURG SAINT GEORGES
84350 COURTHEZON
FRANCE


DOMAINE FOND CROZE
LE VILLAGE
84290 SAINT-ROMAN-DE-MALEGARDE
FRANCE


DOMAINE MABY
RICHARD MABY
249 RUE SAINT VINCENT BP8
30126 TAVEL
FRANCE


DOROTHY FOX
4636 VAN NUYS BLVD
SHERMAN OAKS, CA 91403


FINTECH.NET
7702 WOODLAND CENTER BLVD
TAMPA, FL 33614

```
FORD MOTOR CREDIT
PO BOX 7172
PASADENA, CA 91109


GREAT AMERICAN LEASING
PO BOX 660831
DALLAS, TX 75266


HERBERT LAMPERT
4636 VAN NUYS BLVD
SHERMAN OAKS, CA 91403


HIGHTOWER CELLARS
19418 E 583 PR NE
BENTON CITY, WA 99320


HOURGLASS WINES
JEFF SMITH
1104 ADAMS ST
SUITE 103-104
SAINT HELENA, CA 94574


ICS SUPPORT INC.
8541 154TH AVE NE
REDMOND, WA 98052


INTERNAL REVENUE SERVICES
CENTRALIZED INSOLVENCY OP.
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNATIONAL LEASING CO
PO BOX 84764
SEATTLE, WA 98124


JAMES NORTON
1713 SW HOLLY
SEATTLE, WA 98106


JOHAN VINEYARDS
CHAD STOCK
4285 N PACIFIC HWY W
RICKREALL, CA 93171
```

KENNETH AVEDISIAN
1713 SW HOLLY
SEATTLE, WA 98106


KOSTA BROWNIE WINERY
SAM LANDO
PO BOX 1555
SEBASTOPOL, CA 95473


KRUPP BROTHERS ESTATES
SANDY HUFFLINE, SALES
1345 HESTIA WAY
NAPA, CA 94558


KRYA WINES LLC
KYRA BAERLOCHER
1020 EDGEWATER LANE
MOSES LAKE, WA 98837


KYSELA PERE ET FILS LTD
FRAN KYSELA
331 VICTORY RD
WINCHESTER, VA 22602


LODMELL CELLARS
KRISTIE KIRLIN
3241 HUNTYER BLVD SOUTH
SEATTLE, WA 98144


LONG SHADOWS
DANE NARBAITZ
PO BOX 33670
SEATTLE, WA 98133


LOUIS DRESSNER SELECTIONS
21 EAST 4TH SUITE 608
NEW YORK, NY 10003


MACKEY VINEYARDS
ROGER MACKEY
4122 POWERLINE RD
WALLA WALLA, WA 99362

MARC DE GRAZIA
BORGO DEGLI ALBIZI 10
50122 FIRENZE
ITALY


MARK RYAN WINERY
19501 144TH AVE NE SUITE 900
WOODINVILLE, WA 98072


MCCOY FREIGHTLINER
PO BOX 17218
PORTLAND, OR 97217


MICROSOFT FINANCING CORP
C/O PNC EQUIPMENT FINANCE
PO BOX 73843
CLEVELAND, OH 44193


NAPA WINE COMPANY
PO BOX 434
OAKVILLE, CA 94562


NORTHWEST DIST & STORAGE
TERRY KRIGSVOLD
PO BOX 3670
SALEM, OR 97302


NW WINE COMPANY
BRETT MILLER
20980 NE NIEDERBERGER RD
DUNDEE, OR 97115


OBELISCO ESTATE
DOUG LONG
19495 144TH AVE NE, STE B-220
WOODINVILLE, WA 98072


ODISEA WINE COMPANY
MIKE KUENZ
2511 NAPA VALLEY CORPORATE DR
STE 115
NAPA, CA 94558


OR STATE LIQUOR CONTROL COMM.
PO BOX 22297
PORTLAND, OR 97269

```
OREGON BUREAU OF L&I
800 NE OREGON ST
SUITE 1045
PORTLAND, OR 97232


OREGON WINE TRANSPORT
2803 NE ORCHARD AVE
MCMINNVILLE, OR 97128


OTIS KENYON WINE
STEVE OTIS KENYON
23 E MAIN STREET
WALLA WALLA, WA 99362


PACIFIC OFFICE AUTOMATION
ATTN: ACCOUNTS RECEIVABLE
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PATRICIA GREEN CELLARS
JIM ANDERSON
15525 NE NORTH VALLEY RD
NEWBERG, OR 97132


PAUL M YOUNG FINE WINES
PAUL YOUNG
460 S SPRING ST, SUITE 316
LOS ANGELES, CA 90013


PAVI WINES
ROB LAWSON
1360 MAIN ST, STE A
SAINT HELENA, CA 94574


PENINSULA TRUCK LINES, INC
KURTIS VANDER POL
PO BOX 587
AUBURN, WA 98071


PETERSON SULLIVAN LLP
601 UNION ST, SUITE 2300
SEATTLE, WA 98101


PIONEER BUILDING MAINTENANCE
9308 N BRISTOL AVE
PORTLAND, OR 97203
```

PREMIER BUSINESS BANK
700 S FLOWER ST
SUITE 2000
LOS ANGELES, CA 90017


PRIDE MOUNTAIN VINEYARDS
STUART BRYAN
4026 SPRING MOUNTAIN ROAD
SAINT HELENA, CA 94574


PUGET SOUND ENERGY
BOT-01H
PO BOX 91269
BELLEVUE, WA 98009


QBE
PO BOX 3109
MILWAUKEE, WI 53201


RACINE WINE COMPANY
CHRIS BERG
19230 NE WOODLAND LOOP RD
YAMHILL, OR 97148


RASA VINEYARDS
PINTO NAVARANE
169 CHAPELWOOD AVENUE
WALLA WALLA, WA 99362


RASA VINEYARDS
C/O CHRISTINE KOSYDAR
STOEL RIVES LLP
900 SW 5TH AVE, ST 2600
PORTLAND, OR 97204


ROBERT FOLEY VINEYARDS
PO BOX 847
ANGWIN, CA 94508


RUDI WIEST
1780 LA COSTA MEADOWS DRIVE
SUITE 100
SAN MARCOS, CA 92078

SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266


SLEIGHT OF HAND CELLARS
TREY BUSCH
701 B STREET, SUITE 1775
SAN DIEGO, CA 92101


STANLEY COVERGENT SECURITY SOL
DEPT CH 10651
PALATINE, IL 60055


STAPLES
DEPT LA
PO BOX 83689
CHICAGO, IL 60696


STEPHEN VINCENT WINES
STEVE SITUM
PO BOX 182
PETALUMA, CA 94953


STOLLER VINEYARDS
PO BOX 189
DAYTON, OR 97114


T ELENTENY IMPORTS
TIM ELENTENY
66 WEST BROADWAY SUITE 301
NEW YORK, NY 10007


TERTULIA CELLARS
RYAN RABER
1564 WHITELEY ROAD
WALLA WALLA, WA 99362


THE OTHER GUYS INC
MIKE SHEETZ
PO BOX 768
NOVATO, CA 94948


TOR KENWARD FAMILY VINEYARDS
1241 ADAMS ST #1045
SAINT HELENA, CA 94574

TRAVELER'S
PO 660371
DALLAS, TX 75266


TREVERI CELLARS
JUERGEN GRIEB
71 GANGL RD
WAPATO, WA 98951


URIBES MADERO S.L.
ALBERTO ESCALONA
CARRETERRA HUETE A CUENCA
KM3,3
16500 HUETE CUENCA, SPAIN


US DEPT OF TREASURY ALCOHOL
TOBACCO TAX AND TRADE BUREAU
1310 G STREET NW
BOX 12
WASHINGTON, DC 20005


USA WINE WEST, LLC
YOAV GILAT
3030 BRIDGEWAY, SUITE 127
SAUSALITO, CA 94965


VINO DEL SOL INC
DEPT #0512
PO BOX 1000
MEMPHIS, TN 38148


VINOS & GOURMET, INC.
CHRISTOPHER BARNES
3701 COLLINS AVE #7B
SAN PABLO, CA 94806


WA DEPT OF LABOR & INDUSTRIES
PO BOX 44171
OLYMPIA, WA 98504


WA STATE DEPT. OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121

```
WA STATE LIQUOR CONTROL BOARD
PO BOX 43094
OLYMPIA, WA 98504


WASHINGTON STATE FERRIES
PO BOX 3985
SEATTLE, WA 98124


WINEKNOW LLC
16727 NE 101ST PLACE
REDMOND, WA 98052
```